UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN M. SCHOPPE-RICO, | No. 4:11-CV-01089 YGR (NJV) |
|     Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CDCR DIRECTOR OF PRISONS, et al., | |
|     Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on August 23, 2013, I SERVED a true and correct copy of Docket no. 37, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

John M. Schoppe-Rico
V-11328
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Litigation Coordinator
Kern Valley State Prison
PO Box 6000
Delano, CA  93216-6000

(by fax also)

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas