UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN M. SCHOPPE-RICO, | No. 4:11-CV-01089 YGR (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| CDCR DIRECTOR OF PRISONS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOHN M. SCHOPPE-RICO, inmate number V11328, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: August 23, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JOHN M. SCHOPPE-RICO, inmate number V11328 , in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on November 20, 2013, at 11:00 am, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Schoppe-Rico v. CDCR

Director of Prisons, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 23, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: August 23, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN M. SCHOPPE-RICO, | No. 4:11-CV-01089 YGR (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CDCR DIRECTOR OF PRISONS et al., | |
| Defendants. | |
| _____ / | |

I, the undersigned, hereby certify that on August 23, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

John M. Schoppe-Rico
V-11328
Kern Valley State Prison
PO Box 5104
Delano, CA 93216


Litigation Coordinator
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216-6000


(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3