IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>   Plaintiff,<br><br>  v.<br><br>ROBERT A. HOREL, et al.,<br><br>   Defendants. | No. C 11-01089 YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR SERVICE BY U.S. MARSHAL; AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT B. JAIN** |

  Plaintiff, a state prisoner, filed the present *pro se* prisoner action under 42 U.S.C. § 1983. Thereafter, the Court reviewed Plaintiff's Third Amended Complaint ("TAC") and issued its Order of Service.

  Service has been ineffective on Defendant B. Jain. In an Order dated September 24, 2013, Plaintiff was directed to provide the Court with the required information necessary to locate this Defendant. He was also informed that the failure to do so shall result in the dismissal of all claims against this Defendant.

  On October 18, 2013, Plaintiff filed a document entitled, "Motion for Marshals to Serve/Effectuate Service on B. Jain," in which Plaintiff requests the Court to direct the U.S. Marshal to serve Defendant Jain at two addresses Plaintiff has provided. (Docket No. 44.) The Court DENIES Plaintiff's request to have the Court direct the U.S. Marshal to serve Defendant Jain because it is the Court's practice to encourage Defendants to waive service pursuant to Rule 4 of the Federal Rules of Civil Procedure, which requires them to cooperate in saving unnecessary costs of service of the summons and complaint.

  On October 22, 2013, Plaintiff filed a document entitled, "Response In Regards to Inability to Serve Defendant Jain . . . ." (Docket No. 48.) Again, Plaintiff has provided the same two addresses for Defendant Jain.

  Also on October 22, 2013, the Clerk of the Court re-served Defendant Jain -- with a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, and a copy of the TAC -- at both addresses provided by Plaintiff: a P.O. Box in Hayward

and the California Medical Board in Sacramento. To date, Defendant Jain has not returned a signed waiver of service of the summons, and the other served Defendants' attorney has not appeared on his behalf. However, the deadline to return the signed waiver is thirty days from the date the Notice and Request were sent, which is on November 21, 2013. That deadline has not yet passed.

On October 23, 2013, the Clerk received a letter from the Litigation Office at Pelican Bay State Prison ("PBSP"), which included the last known address of Defendant Jain. Because that address was labeled a "residential home" it was filed under seal. (Docket No. 49.) On the same date, the Clerk re-served Defendant Jain at that address by mailing him the same documents mentioned above. (Docket No. 50.) On November 7, 2013, the aforementioned mail sent to Defendant Jain was returned as undeliverable with a notation, "Not Deliverable as Addressed, Unable to Forward." (Docket No. 55.) Therefore, the Clerk has been unable to re-serve Defendant Jain at the last known address provided by the litigation office at PBSP.

Before the Court is Plaintiff's request for an extension of time to provide the Court with the required information necessary to locate Defendant Jain. (Docket No. 53.)

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED (Docket No. 53). The time in which Plaintiff may provide the Court with more current information necessary to locate this Defendant will be extended up to and including **December 16, 2013**.

If the Clerk is unable to successfully effectuate service on Defendant Jain at the two addresses provided previously by Plaintiff -- the P.O. Box in Hayward and the California Medical Board in Sacramento -- and if Plaintiff fails to provide the Court with more current information necessary to locate this Defendant by the December 16, 2013 deadline, then all claims against this Defendant will be dismissed.

This Order terminates Docket Nos. 44 and 53.

IT IS SO ORDERED.

DATED: November 15, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**