UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>    Plaintiff,<br><br>  v.<br><br>F. JACQUEZ, et al.,<br><br>    Defendants. | Case No. 11-cv-01089-YGR (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on November 20, 2013 at Solano State Prison, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X ) Plaintiff Pro Se

        ( ) Warden or warden's representative

        ( X ) Office of the California Attorney General Grayson Marshall

        ( X ) Other: Kay Bassett for CDCR

    (2) The following individuals, parties, and/or representatives did not appear:

    _____

    (3) The outcome of the proceeding was:

      ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

      ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge