IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN M. SCHOPPE-RICO,

        Plaintiff,

  v.

ROBERT A. HOREL, et al.,

        Defendants.
                                              /

No. C 11-01089 YGR (PR)

**ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION**

On December 4, 2013, Plaintiff filed a document entitled, "Declaration In Support of Pretrial Conference Management of Action Report in 42 U.S.C. [§] 1983 Complaint," in which he requests the "withdrawal of this 42 U.S.C. [§] 1983 prisoner civil rights action in regards to the medical deliberate indifference claim." (Docket No. 69 at 2.) The Court construes this filing as a notice of voluntary dismissal of this action because the only remaining claim in this action is Plaintiff's deliberate indifference claim against the following Defendants at Pelican Bay State Prison: Dr. B. Jain, Senior Registered Nurses S. Morrison and J. D. Phillips, Registered Nurse Short, and Licensed Vocational Nurse A. Maynes. On December 6, 2013, Defendants Jain, Morrison, Phillips, Short and Maynes filed a "Stipulation to Plaintiff's Request for Dismissal," in which they stipulate to Plaintiff's December 4, 2013 request for dismissal. (Docket No. 70 at 1.)

Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on December 4, 2013 and Defendants' "Stipulation to Plaintiff's Request for Dismissal," this action is terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman Am. Exp. Inc.*, 813 F.2d 1532, 1534-36 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall terminate all pending motions as moot and close the file. This Order terminates Docket Nos. 40, 42, 43, 62, and 71.

IT IS SO ORDERED.

DATED:  December 10, 2013

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE

**United States District Court**
For the Northern District of California